JEROME SCHREIBSTEIN (SBN 154051)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE & MOORE
445 Bellevue Avenue, Second Floor
Oakland, California 94610-4924
Telephone: (510) 451-0104
Facsimile: (510) 451-5056
Attorneys for Plaintiffs LAVON JONES, JR.,
NATHANIEL WOODS, HABEN BERHANE and DWIGHT DOVE

CHARLES STEVEN RALSTON (SBN 34111)
2421 Valley Street
Berkeley, CA 94702
Telephone: (510) 540-9683
Facsimile: (510) 540 – 9685
Attorneys for Plaintiff LAVON JONES, JR.,
NATHANIEL WOODS, HABEN BERHANE and DWIGHT DOVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR., NATHANIEL WOODS, HAVEN BERHANE and DWIGHT DOVE,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE LLC,<br><br>Defendant. | CASE NO. C 03-05531 JSW<br><br>[~~PROPOSED~~] ORDER ENTERING STIPULATION PROTECTING PARTIES' CONFIDENTIAL INFORMATION AND ALLEGED TRADE SECRETS.<br>(RULE 26(c)(7))<br><br>Hon. Jeffrey S. White<br><br>TRIAL DATE: April 24, 2006 |

[~~PROPOSED~~] ORDER ENTERING STIPULATION
JONES, et al. v. BAYER, et al., CASE NO. C 03 05331 JSW

The Court, having read the Stipulation Protecting Parties' Confidential Information And Alleged Trade Secrets under FRCP Rule 26(C)(7) ("Stipulation") filed concurrently herewith, and good cause appearing therefor,

IT IS ORDERED that the Stipulation be adopted in its entirety as though more fully set forth herein.

Dated: ___June 21___, 2005

/s/ Jeffrey S. White
_____
HON. JEFFREY S. WHITE
DISTRICT COURT JUDGE

31581v1

[PROPOSED] STIPULATION GRANTING ORDER
LEWIS v. BAYER, et al., CASE NO. C 03 4403 JSW - 1