JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE AND MOORE
445 Bellevue Avenue, Second Floor
Oakland, California 94610-4924
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>Defendant. | CASE NO. C-03-05531 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE**<br><br>**TRIAL DATE:** April 27, 2006<br><br>**Hon. Jeffrey S. White** |

---

1

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE; CASE NO. C-03-05531 JSW**

WHEREAS, this matter was ordered severed from the original putative class action on June 23, 2005;

WHEREAS, the dates set in the March 11, 2005 Case Management Order were not vacated by the June 23, 2005 severance order. Such dates included, (1) last day for expert disclosures: October 28, 2005; (2) close of non-expert discovery: December 2, 2005; (3) close of expert discovery: December 19, 2005;

WHEREAS, defendant Bayer Healthcare LLC, erroneously sued herein as Bayer Healthcare ("Bayer") served its first set of written discovery on plaintiff on June 27, 2005;

WHEREAS, Bayer received no response to the first set of written discovery, this Court ordered severance of the putative class action, and plaintiff refiled his complaint as an individual, Bayer was forced to reconfigure and reserve the written discovery;

WHEREAS, Bayer reserved the first set of written discovery post severance upon plaintiff on August 16, 2005;

WHEREAS, plaintiff served written responses and objections to the reserved first set of written discovery without producing documents on October 10, 2005;

WHEREAS, plaintiff has promised to produce certain documents in the near future and consent to the release of his medical records which will require subpoena;

WHEREAS, Bayer has been unable to take the deposition of plaintiff or any percipient witness without responses to the first set of written discovery;

WHEREAS, Bayer will be unable to take the deposition of plaintiff without a copy of his medical records or the outstanding documents he has agreed to produce;

WHEREAS, Bayer has been unable to formulate expert witness needs for this matter without taking depositions in this matter;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. Close of non-expert discovery: December 19, 2005;
2. Last day for expert disclosures: January 27, 2006;
3. Close of expert discovery: February 27, 2006;

**IT IS SO STIPULATED.**

DATED: October 13, 2005         MOORE & MOORE

                                By: _____/s/_____
                                    HOWARD MOORE, JR.
                                    Attorneys for Plaintiff


DATED: October 13, 2005         THE LOUDERBACK LAW FIRM


                                By: _____/s/_____
                                    JEROME SCHREIBSTEIN
                                    JAMES T. CONLEY
                                    Attorneys for Defendant
                                    BAYER HEALTHCARE

---

3
STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE; CASE NO. C-03-05531 JSW

1  IT IS SO ORDERED.
2
3  DATED: __October 14__, 2005
4
5
6  _____
   HON. JEFFREY S. WHITE
7  United States District Court Judge
   Northern District of California

---

4

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE; CASE NO. C-03-05531 JSW**