1  JEROME SCHREIBSTEIN (SBN 154051)
2  JAMES T. CONLEY (SBN 224174)
   THE LOUDERBACK LAW FIRM
3  One Embarcadero Center, Suite 2300
   San Francisco, California 94111
4  Telephone: (415) 398-7860
   Facsimile: (415) 398-7863
5
6  Attorneys for Defendant
   BAYER HEALTHCARE LLC
7
   HOWARD MOORE, JR. (SBN 55228)
8  MOORE AND MOORE
   445 Bellevue Avenue, Second Floor
9  Oakland, California 94610-4924
10 Telephone: (510) 451-0104
   Facsimile: (510) 451-5056
11
   Attorneys for Plaintiffs
12

13                    UNITED STATES DISTRICT COURT

14         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  LAVON JONES, JR., | CASE NO. C-03-05531 JSW |
| 16              Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE** |
| 17        v. | |
| 18  BAYER HEALTHCARE, Biological Products Division, a for profit business entity, | **TRIAL DATE:** None |
| 19  | **Hon. Jeffrey S. White** |
| 20              Defendant. | |

---

1
**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE; CASE NO. C-03-05531 JSW**

1  WHEREAS, plaintiff's deposition was properly notices for January 9 and 10th, 2006;

2  WHEREAS, plaintiff requested that his deposition be moved to January 18th and 19th, 2006 in light of personal issues;

3  WHEREAS, the close of non-expert discovery was set by this Court for February 28, 2006;

4  WHEREAS, the accommodation of plaintiff's request to push back his deposition prejudices Bayer's ability to conduct follow-up non-expert discovery on issues that will arise in his deposition;

5  WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. Close of non-expert discovery will now take place on March 3, 2006;

**IT IS SO STIPULATED.**

DATED: January 12, 2006        MOORE & MOORE

By: _____/s/_____
HOWARD MOORE, JR.
Attorneys for Plaintiff

DATED: January 12, 2006        By: _____/s/_____
CHARLES STEPHEN RALSTON
Attorney for Plaintiff
LAVON JONES, JR.

DATED: January 12, 2006        THE LOUDERBACK LAW FIRM

By: _____/s/_____
JEROME SCHREIBSTEIN
JAMES T. CONLEY
Attorneys for Defendant
BAYER HEALTHCARE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Jeffrey S. White]

---

2
**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE; CASE NO. C-03-05531 JSW**