JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863


Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE AND MOORE
445 Bellevue Avenue, Second Floor
Oakland, California 94610-4924
Telephone: (510) 451-0104
Facsimile:  (510) 451-5056

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>Defendant. | CASE NO. C-03-05531 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISPOSITIVE MOTION HEARING SCHEDULE**<br><br>TRIAL DATE:   None<br><br>Hon. Jeffrey S. White |

STIPULATION AND [PROPOSED] ORDER REGARDING DISPOSITIVE MOTION HEARING SCHEDULE; CASE NO. C-03-05531 JSW

1     WHEREAS, plaintiff's deposition was noticed for January 9 and 10th, 2006;

2     WHEREAS, plaintiff requested that his deposition be moved to January 18th and 19th, 2006 in light of personal issues;

3     WHEREAS, the matters *Dove v. Bayer*, case no. C-05-02873 JSW and *Woods v. Bayer*, case no. C-05-02871 are deemed related to this matter;

4     WHEREAS, this Court had set the dispositive motion hearing date for the *Dove* matter on calendar for March 24, 2006, prior to the dispositive motion hearing date in this matter and the *Woods* matter, both currently set for hearing on April 7, 2006;

5     WHEREAS, plaintiff Dove's deposition was noticed for January 18, 2006;

6     WHEREAS, plaintiff Dove has requested that his deposition be pushed back to January 27, 2006;

7     WHEREAS, the dispositive motion in *Dove* should be heard prior to the dispositive motion in this matter and the *Woods* matter because there are less claims in the *Dove* matter;

8     WHEREAS, contemporaneous stipulations and [proposed] orders on the *Dove* and *Woods* matters are filed herewith to accommodate the continuances of depositions requested by the respective plaintiffs without prejudicing Bayer and its ability to complete discovery in a timely fashion and to have a full and complete hearing on its dispositive motions;

9     WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

////
////
////
////
////
////
////
////
////

STIPULATION AND [PROPOSED] ORDER REGARDING DISPOSITIVE MOTION HEARING SCHEDULE; CASE NO. C-03-05531 JSW - 1

1. The hearing on the dispositive motion(s) will now take place on April 14, 2006.

**IT IS SO STIPULATED**.

DATED: January 13, 2006     MOORE & MOORE

By: _____/s/_____
HOWARD MOORE, JR.
Attorneys for Plaintiff

DATED: January 13, 2006     By: _____/s/_____
CHARLES STEPHEN RALSTON
Attorney for Plaintiff
LAVON JONES, JR.

DATED: January 13, 2006     THE LOUDERBACK LAW FIRM

By: _____/s/_____
JEROME SCHREIBSTEIN
JAMES T. CONLEY
Attorneys for Defendant
BAYER HEALTHCARE

**IT IS SO ORDERED.**

DATED: __January 13__, 2006

_/s/ Jeffrey S. White_
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

**STIPULATION AND [PROPOSED] ORDER REGARDING DISPOSITIVE MOTION HEARING SCHEDULE; CASE NO. C-03-05531 JSW** - 2