JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

| | |
|---|---|
| HOWARD MOORE, JR. (SBN 55228)<br>MOORE AND MOORE<br>445 Bellevue Avenue, Second Floor<br>Oakland, California 94610-4924<br>Telephone: (510) 451-0104<br>Facsimile: (510) 451-5056<br><br>Attorneys for Plaintiffs | CHARLES STEPHEN RALSTON (SBN 34111)<br>2421 Valley Street<br>Berkeley, California 94702<br>Telephone: (510) 540-9683<br>Facsimile: (510) 540-9685<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>　　　　　Defendant. | CASE NO. C-03-05531 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING INDEPENDENT MEDICAL/PSYCHIATRIC EXAMINATION OF LAVON JONES**<br><br>**TRIAL DATE:** None<br><br>Hon. Jeffrey S. White |

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. Plaintiff Lavon Jones will present himself on February 14, 2006, at 9:30 a.m. at the offices of Dr. Randall Smith, M.D., 1375 Sutter Street, Suite 304, San Francisco, California 94109, and then and there submit to a psychiatric / psychological examination to be conducted by Dr. Smith.

---

1
**STIPULATION AND [PROPOSED] ORDER REGARDING INEDEPENDENT
MEDICAL/PSYCHIATRIC EXAMINATION; CASE NO. C-03-05531 JSW**

2. Mr. Jones will be allowed to record his session with Dr. Smith.

3. Dr. Smith will provide a copy of all test answer sheets, test scores and a complete set of his interview notes. Raw test data will be provided only directly to another psychologist, to be chosen by plaintiff.

4. The nature, scope, conditions and manner of the examination are as follows:

5. The examining physician may ask and plaintiff shall answer questions relating to the nature and extent of the psychological and emotional injuries alleged to have been sustained; present symptoms and conditions; medical history, including the manner in which the psychological injuries were incurred; prior injuries and diseases; and plaintiff's occupational history.

6. The examining physician may use, and plaintiff shall cooperate in the use of, accepted diagnostic instruments, tests, and techniques as determined necessary and appropriate.

**IT IS SO STIPULATED.**

DATED: February 10, 2006           MOORE & MOORE

                                   By:  s/Howard Moore, Jr.
                                        HOWARD MOORE, JR.
                                        Attorneys for Plaintiff

DATED: February 10, 2006           By:  s/Charles Stephen Ralston
                                        CHARLES STEPHEN RALSTON
                                        Attorney for Plaintiff
                                        LAVON JONES, JR.

DATED: February 10, 2006           THE LOUDERBACK LAW FIRM

                                   By:  s/Stephen K. Robinson
                                        JEROME SCHREIBSTEIN
                                        STEPHEN K. ROBINSON
                                        JAMES T. CONLEY
                                        Attorneys for Defendant
                                        BAYER HEALTHCARE

APPROVED
Judge Jeffrey S. White

---

2
STIPULATION AND [PROPOSED] ORDER REGARDING INEDEPENDENT
MEDICAL/PSYCHIATRIC EXAMINATION; CASE NO. C-03-05531 JSW