**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVON JONES JR., et al., | |
| Plaintiffs, | No. C 03-05531 JSW |
| v. | |
| BAYER CORPORATION, INC., | **ORDER RE DISCOVERY DISPUTES** |
| Defendant. | |

The Court has received the parties' two joint letter briefs dated February 23, 2006, outlining their discovery disputes regarding Bayer's subpoena of Plaintiff's personnel file from Genentech and Plaintiff's request for an inspection of the premises. Having reviewed the parties' positions, the Court has determined that a hearing on these disputes is unnecessary.

"Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party." Fed. R. Civ. P. 26(b)(1). "Relevant information for purposes of discovery is information reasonably calculated to lead to the discovery of admissible evidence." *Surfvivor Media, Inc. v. Survivor Productions*, 406 F.3d 625, 635 (9th Cir. 2005) (internal quotes and citation omitted).

The Court finds the personnel file from Plaintiff's subsequent employer, Genentech, to be relevant and therefore overrules Plaintiff's objection. The Court finds Plaintiff's request for an inspection of the premises not reasonably calculated to lead to the discovery of admissible evidence and therefore sustains Bayer's objections.

**IT IS SO ORDERED.**

Dated: February 27, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE