| | |
|---|---|
| 1 | JEROME SCHREIBSTEIN (SBN 154051) |
| 2 | JAMES T. CONLEY (SBN 224174) |
|   | THE LOUDERBACK LAW FIRM |
| 3 | One Embarcadero Center, Suite 2300 |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 398-7860 |
|   | Facsimile: (415) 398-7863 |
| 5 | |
| 6 | Attorneys for Defendant |
|   | BAYER HEALTHCARE LLC |

| | | |
|---|---|---|
| 7 | | |
| 8 | HOWARD MOORE, JR. (SBN 55228) | CHARLES STEVEN RALSTON (SBN 34111) |
|   | MOORE AND MOORE | 2421 Valley Street |
| 9 | 445 Bellevue Avenue, Second Floor | Berkeley, CA 94702 |
|   | Oakland, California 94610-4924 | Telephone: (510) 540-9683 |
| 10 | Telephone: (510) 451-0104 | Facsimile: (510) 540 – 9685 |
|   | Facsimile: (510) 451-5056 | Attorneys for Plaintiff |
| 11 | Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR., | CASE NO. C-03-05531 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND DISPOSITIVE MOTION SCHEDULE** |
| v. | |
| BAYER HEALTHCARE, Biological Products Division, a for profit business entity, | TRIAL DATE: None |
| Defendant. | Hon. Jeffrey S. White |

WHEREAS, close of non-expert discovery was previously set for March 3, 2006;

WHEREAS, the Hearing on Dispositive Motions was previously set for April 14, 2006;

WHEREAS, plaintiff has noticed four additional depositions to be taken before non-expert discovery closes;

WHEREAS, Bayer anticipates it will produce all non-objectionable witnesses for deposition that have already been properly and timely noticed;

////

---

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND
DISPOSITIVE MOTION SCHEDULE; CASE NO. C-03-05531 JSW - 1

WHEREAS, Bayer has also noticed two deposition to be taken before non-expert discovery closes, the identity and relevance of those deponents having only come to be known to Bayer during plaintiff's deposition;

WHEREAS, the parties are continuing to meet and confer regarding written discovery requests already properly and timely served and anticipate resolution of all outstanding issues;

WHEREAS, the matters *Woods v. Bayer*, case No. C-03-02871 JSW, and *Dove v. Bayer*, case No. C-05-02873 JSW, are deemed related to this matter;

WHEREAS, all dates in *Dove v. Bayer* are being adhered to, including the close of non-expert discovery on February 27, 2006 and the Hearing for Dispositive Motions set for April 7, 2006;

WHEREAS, in *Woods v. Bayer* six additional depositions are currently being scheduled and the parties are continuing to meet and confer regarding written discovery requests and anticipate resolution of all outstanding issues;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. No new non-expert discovery may be served or propounded after March 3, 2006;

2. For the limited scope of discovery requests that were timely and properly served pursuant to the previous cutoff date of March 3, 2006, non-expert discovery will now close on March 10, 2006;

3. Plaintiff reserves his right to propound additional deposition notices until March 3, 2006;

4. Defendant, Bayer, reserves all rights to object to any such deposition notices, including, but not limited to, the timeliness thereof;

5. Plaintiff reserves his right to challenge Bayer's objections;

6. This stipulation and [proposed] order does not waive any proper objection to discovery served prior to March 3, 2006;

7. Hearing on Dispositive Motions and Case Management Conference will now occur on April 21, 2006.

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND DISPOSITIVE MOTION SCHEDULE; CASE NO. C-03-05531 JSW - 2

**IT IS SO STIPULATED.**

DATED: February 27, 2006          MOORE & MOORE

                                                By:   s/Howard Moore, Jr.
                                                       HOWARD MOORE, JR.
                                                       Attorneys for Plaintiff

DATED: February 27, 2006          By:   s/Charles Stephen Ralston
                                                       CHARLES STEPHEN RALSTON
                                                       Attorney for Plaintiff
                                                       LAVON JONES, JR.

DATED: February 27, 2006          THE LOUDERBACK LAW FIRM

                                                By:   s/Jerome Schreibstein
                                                       JEROME SCHREIBSTEIN
                                                       JAMES T. CONLEY
                                                       Attorneys for Defendant
                                                       BAYER HEALTHCARE

**IT IS SO ORDERED.**

DATED:   February 28, 2006

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

#36695

---

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND
DISPOSITIVE MOTION SCHEDULE; CASE NO. C-03-05531 JSW - 3