```
1   JEROME SCHREIBSTEIN (SBN 154051)
    JAMES T. CONLEY (SBN 224174)
2   STEPHEN K. ROBINSON (SBN 217898)
    THE LOUDERBACK LAW FIRM
3   One Embarcadero Center, Suite 2300
    San Francisco, California 94111
4   Telephone: (415) 398-7860
5   Facsimile: (415) 398-7863

6
    Attorneys for Defendant
7   BAYER HEALTHCARE LLC

8   HOWARD MOORE, JR. (SBN 55228)          CHARLES STEVEN RALSTON (SBN 34111)
    MOORE AND MOORE                         2421 Valley Street
9   445 Bellevue Avenue, Second Floor       Berkeley, CA 94702
    Oakland, California 94610-4924          Telephone: (510) 540-9683
10  Telephone: (510) 451-0104               Facsimile:  (510) 540 – 9685
11  Facsimile:  (510) 451-5056              Attorneys for Plaintiff
    Attorneys for Plaintiff                 LAVON JONES, JR.
12  LAVON JONES, JR.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>    Defendant. | CASE NO. C-03-05531 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND DISPOSITIVE MOTION SCHEDULE**<br>TRIAL DATE: None<br><br>**Hon. Jeffrey S. White** |

  WHEREAS, in the related matter of *Dove v. Bayer*, on March 7, 2006 this Court ordered defendant to produce personnel files in response to plaintiff *Dove's* 2nd Request for Production of Documents;

  WHEREAS, plaintiff Jones has made a similar Request for Production of Documents in this case;

  WHEREAS, defendant will provide responsive documents to plaintiff Jones' Request, in light of this Court's order in the related *Dove v. Bayer* matter;

WHEREAS, defendant is working to determine the identity of the employees, both current and former, whose files are responsive to that Request;

WHEREAS, once the relevant employees are identified, defendant will need to retrieve many of the responsive personnel files from a storage vendor;

WHEREAS, defendant estimates that with its best efforts, it will be able to produce such files to plaintiff by Friday, March 24, 2006;

WHEREAS, this will leave plaintiff without the opportunity to have such files prior to deposing four witnesses in this case;

WHEREAS, depositions in the related matter *Woods v. Bayer* are already set for the week of March 27, 2006;

WHEREAS, the parties have rescheduled motion for summary judgment dates in the related matter *Dove v. Bayer*, in light of this Court's order of March 7, 2006, such that the first and second weeks of April will not be available for depositions related to this matter;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. For the limited purpose of already properly and timely noticed depositions, the cutoff for taking such depositions in this case will now be April 28, 2006;
2. No other discovery dates will be extended;
3. The last day to file dispositive motions in this case will now be May 12, 2006;
4. The Hearing on Dispositive Motions will now occur on June 16, 2006.

**IT IS SO STIPULATED.**

DATED: March 8, 2006      MOORE & MOORE

By:   s/Howard Moore, Jr.
HOWARD MOORE, JR.
Attorneys for Plaintiff

DATED: March 8, 2006      By:   s/Charles Stephen Ralston
CHARLES STEPHEN RALSTON
Attorney for Plaintiff
LAVON JONES, JR.

---

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISCOVERY AND
DISPOSITIVE MOTION SCHEDULE; CASE NO. C-03-05531 JSW - 2

| | | |
|---|---|---|
| 1 | DATED: March 8, 2006 | THE LOUDERBACK LAW FIRM |
| 2 | | |
| 3 | | By: s/Stephen K. Robinson |
| 4 | | JEROME SCHREIBSTEIN<br>JAMES T. CONLEY |
| 5 | | STEPHEN K. ROBINSON<br>Attorneys for Defendant |
| 6 | | BAYER HEALTHCARE |

IT IS SO ORDERED.

DATED: March 9, 2006

_____
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

#36954

---

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND
DISPOSITIVE MOTION SCHEDULE; CASE NO. C-03-05531 JSW - 3