1  JEROME SCHREIBSTEIN (SBN 154051)
   JAMES T. CONLEY (SBN 224174)
2  STEPHEN K. ROBINSON (SBN 217898)
   THE LOUDERBACK LAW FIRM
3  One Embarcadero Center, Suite 2300
   San Francisco, CA  94111
4  Telephone:    (415) 398-7860
   Facsimile:    (415) 398-7863
5

6  Attorneys for Defendant
   BAYER HEALTHCARE LLC
7

8  HOWARD MOORE, JR. (SBN 55228)          CHARLES STEPHEN RALSTON (SBN 34111)
   MOORE AND MOORE                        2421 Valley Street
9  445 Bellevue Avenue, Second Floor      Berkeley, California  94702
   Oakland, California  94610-4924        Telephone:    (510) 540-9683
10 Telephone:    (415) 451-0104           Facsimile:    (510) 540-9685
   Facsimile:    (415) 451-5056
11 Attorneys for Plaintiff LAVON JONES, JR.   Attorneys for Plaintiff LAVON JONES, JR.

12

13

14                     UNITED STATES DISTRICT COURT

15         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17 | LAVON JONES, JR.,                        | Case No.: C-03-05531 (JSW)
18 |           Plaintiff,                     | **STIPULATION AND [*PROPOSED*]
   |     vs.                                  | ORDER PROTECTING PARTIES'
19 |                                          | CONFIDENTIAL INFORMATION AND
   | BAYER HEALTHCARE, Biological Products    | ALLEGED TRADE SECRETS**
20 | Division, a for profit business entity,  |
   |                                          | Trial Date:    None
21 |           Defendants.                    |
22 |                                          | Hon. Jeffrey S. White

23

24

25

26

27

28

---

**STIPULATION AND [*PROPOSED*] ORDER PROTECTING PARTIES' CONFIDENTIAL
INFORMATION AND ALLEGED TRADE SECRETS (CASE NO. C-03-05531 JSW) - 1**

1  WHEREAS, on December 8, 2003, *Jones, et al. v. Bayer* was filed as a putative class action, with the named plaintiffs of Lavon Jones, Nathaniel Woods, Haben Berhane, and Dwight Dove;

WHEREAS, on November 22, 2004, the putative class action allegations were removed from the Jones et al. complaint when the plaintiffs filed their 2nd Amended Complaint;

WHEREAS, on June 2, 2005, defendant Bayer HealthCare along with plaintiffs Lavon Jones, Nathaniel Woods, Haben Berhane, and Dwight Dove entered into a Stipulation Protecting Parties' Confidential Information and Alleged Trade Secrets, pursuant to Rule 26(c)(7);

WHEREAS, on June 21, 2005, the Court "ORDERED that the Stipulation be adopted in its entirety…";

WHEREAS, Bayer's motion to sever was granted in the *Jones, et al.* matter by this Court on June 23, 2005. Plaintiff Jones filed his individual 3rd Amended Complaint on June 28, 2005, based largely on the same individual allegations as the *Jones, et al.* suit. While no longer one suit, the individual actions continue to be deemed related;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. Lavon Jones and Bayer HealthCare do hereby re-adopt the Stipulation Protecting Parties' Confidential Information and Alleged Trade Secrets. A true and accurate copy of the Stipulation and Order is attached hereto as Exhibit A.

2. Both parties to this suit retain their duties and responsibilities as stipulated and ordered in the Stipulation Protecting Parties' Confidential Information and Alleged Trade Secrets.

IT IS SO STIPULATED.

DATED: March 16, 2006            MOORE & MOORE

By: s/Howard Moore, Jr.
HOWARD MOORE, JR.
Attorneys for Plaintiff

////
////
////

1 | DATED: March 16, 2006     By:    s/Charles Stephen Ralston
2 |                                           CHARLES STEPHEN RALSTON
                                          Attorney for Plaintiff
                                          LAVON JONES, JR.

DATED: March 16, 2006          THE LOUDERBACK LAW FIRM

                                       By:    s/Stephen K. Robinson
                                               JEROME SCHREIBSTEIN
                                               JAMES T. CONLEY
                                               STEPHEN K. ROBINSON
                                               Attorneys for Defendant
                                               BAYER HEALTHCARE

IT IS SO ORDERED.

DATED: March 16, 2006

_____
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

37123v1

---

STIPULATION AND [PROPOSED] ORDER PROTECTING PARTIES' CONFIDENTIAL
INFORMATION AND ALLEGED TRADE SECRETS (CASE NO. C-03-05531 JSW) - 3