```
1   JEROME SCHREIBSTEIN (SBN 154051)
    JAMES T. CONLEY (SBN 224174)
2   STEPHEN K. ROBINSON (SBN 217898)
    THE LOUDERBACK LAW FIRM
3   One Embarcadero Center, Suite 2300
    San Francisco, California 94111
4   Telephone: (415) 398-7860
5   Facsimile: (415) 398-7863

6
    Attorneys for Defendant
7   BAYER HEALTHCARE LLC

8   HOWARD MOORE, JR. (SBN 55228)          CHARLES STEPHEN RALSTON (SBN 34111)
    MOORE AND MOORE                        2421 Valley Street
9   445 Bellevue Avenue, Second Floor      Berkeley, CA 94702
    Oakland, California 94610-4924         Telephone: (510) 540-9683
10  Telephone: (510) 451-0104              Facsimile:  (510) 540 – 9685
    Facsimile:  (510) 451-5056             Attorneys for Plaintiff
11  Attorneys for Plaintiff                LAVON JONES, JR.
12  LAVON JONES, JR.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR.,<br><br>        Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>        Defendant. | CASE NO. C-03-05531 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE**<br><br>**TRIAL DATE:** None<br><br>Hon. Jeffrey S. White |

---

**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE;**
CASE NO. C-03-05531 JSW - 1

WHEREAS, in the Stipulation and Court Order Regarding Discovery Schedule, dated December 2, 2005, the Court set the last day for Expert Disclosures as April 7, 2006, and the Close of Expert Discovery as May 8, 2006;

WHEREAS, in this Court's Civil Minute Order dated October 28, 2005, this Court set the Hearing on Dispositive Motions for April 7, 2006;

WHEREAS, under the above referenced schedule, therefore, the Close of Expert Discovery was to be approximately 30 days after the Hearing on Dispositive Motions;

WHEREAS, the parties have since stipulated, and the Court has ordered, that the hearing for dispositive motions will now take place on June 16, 2006, 2006;

WHEREAS, under the current schedule the Close of Expert Discover is 11 days before the hearing for dispositive motions, rather than 30 days after;

WHEREAS, the parties now seek to realign the schedule such that the Close of Expert Discovery will again be approximately 30 days after the Hearing for Dispositive Motions;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. The Last Day for Expert Disclosures will now be June 19, 2006;
2. The Close of Expert Discovery will now be July 17, 2006.

**IT IS SO STIPULATED**.

DATED: March 22, 2006         MOORE & MOORE

                              By: ___s/Howard Moore, Jr.___
                                  HOWARD MOORE, JR.
                                  Attorney for Plaintiff


DATED: March 22, 2006         By: ___s/Charles Stephen Ralston___
                                  CHARLES STEPHEN RALSTON
                                  Attorney for Plaintiff
                                  LAVON JONES, JR.

---

STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE;
CASE NO. C-03-05531 JSW - 2

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 22, 2006 | THE LOUDERBACK LAW FIRM |

By:  s/Stephen K. Robinson
JEROME SCHREIBSTEIN
JAMES T. CONLEY
STEPHEN K. ROBINSON
Attorney for Defendant
BAYER HEALTHCARE

IT IS SO ORDERED.

DATED: March 27, 2006

_____
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

#37173

---

**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE;
CASE NO. C-03-05531 JSW - 3**