IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAVON JONES JR., et al.,

    Plaintiffs,

v.

BAYER CORPORATION, INC.,

    Defendant.

No. C 03-05531 JSW

**ORDER RE DISCOVERY DISPUTE RE INDEPENDENT MEDICAL EXAMINATION**

    The Court has received the parties' joint letter brief dated March 27, 2006, outlining their discovery dispute regarding Plaintiff's Independent Medical Examination ("IME"). Having reviewed the parties' positions, the Court has determined that a hearing on this dispute is unnecessary.

    There is no dispute between the parties that Plaintiff's mental condition is in controversy. *See* Fed. R. Civ. P. 35(a). Plaintiff's failure fully to cooperate in the administration of the IME will result in impeding Bayer's right to defend itself against the claims for emotional distress. The reason for Plaintiff's failure to cooperate is unclear. However, Plaintiff is willing to submit to a further examination. It is therefore ordered that Plaintiff shall submit to a further examination to be completed by no later than April 28, 2006. In order to compensate Bayer for Plaintiff's lack of cooperation on the second day of testing, the Court hereby orders Plaintiff to pay the cost incurred by Bayer in fees paid to Dr. Randall Smith for the tests conducted on March 1, 2006. Such payment must be made by no later than

April 12, 2006 and if there is any contest as to the amount owed, the parties may address such dispute in a short joint letter to the Court by no later than April 7, 2006.

**IT IS SO ORDERED.**

Dated:  March 29, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE