| | |
|---|---|
| 1 | JEROME SCHREIBSTEIN (SBN 154051) |
| 2 | JAMES T. CONLEY (SBN 224174) |
|   | STEPHEN K. ROBINSON (SBN 217898) |
| 3 | THE LOUDERBACK LAW FIRM |
|   | One Embarcadero Center, Suite 2300 |
| 4 | San Francisco, California 94111 |
|   | Telephone: (415) 398-7860 |
| 5 | Facsimile: (415) 398-7863 |

Attorneys for Defendant
BAYER HEALTHCARE LLC

| HOWARD MOORE, JR. (SBN 55228) | CHARLES STEVEN RALSTON (SBN 34111) |
|---|---|
| MOORE AND MOORE | 2421 Valley Street |
| 445 Bellevue Avenue, Second Floor | Berkeley, CA 94702 |
| Oakland, California 94610-4924 | Telephone: (510) 540-9683 |
| Telephone: (510) 451-0104 | Facsimile: (510) 540 – 9685 |
| Facsimile: (510) 451-5056 | Attorneys for Plaintiff |
| Attorneys for Plaintiff | LAVON JONES, JR. |
| LAVON JONES, JR. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR., | CASE NO. C-03-05531 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY, DISPOSITIVE MOTION SCHEDULE, AND EXPERT DISCOVERY SCHEDULE** |
| v. | |
| BAYER HEALTHCARE, Biological Products Division, a for profit business entity, | TRIAL DATE: None |
| Defendant. | Hon. Jeffrey S. White |

WHEREAS, in the related matters of *Dove v. Bayer*, and *Woods v. Bayer*, the parties have diligently worked through the closure of discovery and the filing of respective dispositive motions by Bayer;

WHEREAS, in the related matter of *Woods v. Bayer*, plaintiff's opposition to Bayer's dispositive motion is due by April 28, 2006;

WHEREAS, in this matter the time to complete the limited remaining discovery per this Court's March 9, 2006 order is April 28, 2006;

WHEREAS, the depositions of Richard Smith, James Jewell, Ron Roberts, Joseph Gallagher, and possibly Sherri O'Driscoll remain to be completed in this matter;

WHEREAS, witness difficulties such as the preplanned vacation of Richard Smith, and business conditions such as a plant shutdown which requires significant preventative maintenance tasks by the HVAC department to be executed by April 28, 2006 (the department plaintiff last worked in, and that four of the witnesses currently work in), have recently arisen;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. For the limited purpose of already properly and timely noticed depositions, the cutoff for taking such depositions in this case will now be May 19, 2006;
2. No other discovery dates will be extended;
3. The last day to file dispositive motions in this case will now be June 2, 2006;
4. The Hearing on Dispositive Motions will now occur on July 7, 2006.
5. The Last Day for Expert Disclosures will now be July 19, 2006;
6. The Close of Expert Discovery will now be August 17, 2006.

**IT IS SO STIPULATED.**

DATED: April 24, 2006         MOORE & MOORE

                              By: __s/Howard Moore, Jr.__
                              HOWARD MOORE, JR.
                              Attorneys for Plaintiff


DATED: April 24, 2006         By: __s/Charles Stephen Ralston__
                              CHARLES STEPHEN RALSTON
                              Attorney for Plaintiff
                              LAVON JONES, JR.

DATED: April 24, 2006         THE LOUDERBACK LAW FIRM


                              By: __s/James T. Conley__
                              JEROME SCHREIBSTEIN
                              JAMES T. CONLEY
                              STEPHEN K. ROBINSON

|     |     |
| --- | --- |
| 1   | Attorneys for Defendant |
| 2   | BAYER HEALTHCARE |
| 3   | IT IS SO ORDERED. |
| 4   |     |
| 5   | DATED: ___April 25_____, 2006 |

*[Signature: Jeffrey S. White]*

HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

#37828

---

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY,
DISPOSITIVE MOTION SCHEDULE, AND EXPERT DISCOVERY SCHEDULE; CASE NO. C-03-05531 JSW - 3**