| | |
|---|---|
| 1 | JEROME SCHREIBSTEIN (SBN 154051) |
| 2 | JAMES T. CONLEY (SBN 224174) |
|   | STEPHEN K. ROBINSON (SBN 217898) |
| 3 | THE LOUDERBACK LAW FIRM |
|   | One Embarcadero Center, Suite 2300 |
| 4 | San Francisco, California 94111 |
|   | Telephone: (415) 398-7860 |
| 5 | Facsimile: (415) 398-7863 |
| 6 | |
| 7 | Attorneys for Defendant |
|   | BAYER HEALTHCARE LLC |

| | | |
|---|---|---|
| 8 | HOWARD MOORE, JR. (SBN 55228) | CHARLES STEPHEN RALSTON (SBN 34111) |
|   | MOORE AND MOORE | 2421 Valley Street |
| 9 | 445 Bellevue Avenue, Second Floor | Berkeley, CA 94702 |
|   | Oakland, California 94610-4924 | Telephone: (510) 540-9683 |
| 10 | Telephone: (510) 451-0104 | Facsimile: (510) 540 – 9685 |
| 11 | Facsimile: (510) 451-5056 | Attorneys for Plaintiff |
|   | Attorneys for Plaintiff | LAVON JONES, JR. |
| 12 | LAVON JONES, JR. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR., | CASE NO. C-03-05531 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY, DISPOSITIVE MOTION SCHEDULE, AND EXPERT DISCOVERY SCHEDULE** |
| v. | |
| BAYER HEALTHCARE, Biological Products Division, a for profit business entity, | TRIAL DATE: None |
| Defendant. | **Hon. Jeffrey S. White** |

WHEREAS, depositions in this matter were currently set to close on May 19, 2006;

WHEREAS, expert disclosures are currently due on July 19, 2006;

WHEREAS, expert discovery is currently set to close on August 17, 2006;

WHEREAS, in the related matters of *Dove v. Bayer*, and *Woods v. Bayer*, the parties have diligently worked through the closure of discovery and have litigated through to hearing on

---

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY,
DISPOSITIVE MOTION SCHEDULE, AND EXPERT DISCOVERY SCHEDULE; CASE NO. C-03-05531 JSW - 1

dispositive motions;

WHEREAS, the depositions of Richard Smith, Ron Roberts, Joseph Gallagher, and possibly Sherri O'Driscoll remain to be completed in this matter;

WHEREAS, extensive deposition preparation is required prior to these depositions, with thousands of pages of documents to review;

WHEREAS, lead counsel for Bayer, Jerome Schreibstein, has also had a family emergency which is limiting his current ability to adequately prepare for the remaining depositions;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. For the limited purpose of already properly and timely noticed depositions, the cutoff for taking such depositions in this case will now be June 23, 2006;

2. The last day to file dispositive motions in this case will now be July 7, 2006;

3. The Hearing on Dispositive Motions will now occur on ~~August 11,~~ August 18, 2006.

4. The Last Day for Expert Disclosures will now be August 25, 2006;

5. The Close of Expert Discovery will now be September 22, 2006.

**IT IS SO STIPULATED.**

DATED: May 22, 2006                     MOORE & MOORE

                                        By: __s/_____
                                            HOWARD MOORE, JR.
                                            Attorneys for Plaintiff


DATED: May 22, 2006                     By: __s/_____
                                            CHARLES STEPHEN RALSTON
                                            Attorney for Plaintiff
                                            LAVON JONES, JR.


DATED: May 22, 2006                     THE LOUDERBACK LAW FIRM


                                        By: __s/Stephen K. Robinson_____
                                            JEROME SCHREIBSTEIN
                                            JAMES T. CONLEY
                                            STEPHEN K. ROBINSON
                                            Attorneys for Defendant
                                            BAYER HEALTHCARE

IT IS SO ORDERED.

DATED: _____May 23_____, 2006

_____
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

#38289