| | |
|---|---|
| 1 | JEROME SCHREIBSTEIN (SBN 154051) |
| 2 | JAMES T. CONLEY (SBN 224174) |
|   | STEPHEN K. ROBINSON (SBN 217898) |
| 3 | THE LOUDERBACK LAW FIRM |
|   | One Embarcadero Center, Suite 2300 |
| 4 | San Francisco, California 94111 |
|   | Telephone: (415) 398-7860 |
| 5 | Facsimile: (415) 398-7863 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | BAYER HEALTHCARE LLC |

| HOWARD MOORE, JR. (SBN 55228) | CHARLES STEPHEN RALSTON (SBN 34111) |
|---|---|
| MOORE AND MOORE | 2421 Valley Street |
| 445 Bellevue Avenue, Second Floor | Berkeley, CA 94702 |
| Oakland, California 94610-4924 | Telephone: (510) 540-9683 |
| Telephone: (510) 451-0104 | Facsimile: (510) 540 – 9685 |
| Facsimile: (510) 451-5056 | Attorneys for Plaintiff |
| Attorneys for Plaintiff | LAVON JONES, JR. |
| LAVON JONES, JR. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR., | CASE NO. C-03-05531 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY, DISPOSITIVE MOTION SCHEDULE, AND EXPERT DISCOVERY SCHEDULE** |
| v. | |
| BAYER HEALTHCARE, Biological Products Division, a for profit business entity, | TRIAL DATE: None |
| Defendant. | **Hon. Jeffrey S. White** |

WHEREAS, depositions in this matter are currently set to close on June 23, 2006;

WHEREAS, expert disclosures are currently due on August 25, 2006;

WHEREAS, expert discovery is currently set to close on September 22, 2006;

WHEREAS, last day to file dispositive motions in this case is currently July 7, 2006

WHEREAS, the Hearing on Dispositive Motions is set to occur on August 18, 2006

WHEREAS, in the related matters of Dove v. Bayer, and Woods v. Bayer, the parties have

---
**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY, DISPOSITIVE MOTION SCHEDULE, AND EXPERT DISCOVERY SCHEDULE; CASE NO. C-03-05531 JSW - 1**

diligently worked through the closure of discovery and have litigated through dispositive motions;

WHEREAS, the deposition of James Jewell in this matter has already taken place;

WHEREAS, the depositions of Richard Smith, Ron Roberts, Joseph Gallagher, and possibly Sherri O'Driscoll remain to be completed in this matter;

WHEREAS, extensive deposition preparation has been required prior to these depositions, with thousands of pages of documents to review;

WHEREAS, the deposition of Mr. Roberts is set to go forward on June 28, 2006;

WHEREAS, the deposition of Mr. Gallagher is set to go forward on July 7, 2006;

WHEREAS, the deposition of Ms. O'Driscoll is set to go forward on July 11, 2006;

WHEREAS, Mr. Smith is currently out of work due to a severe back injury, and is completely unable to go forward with a deposition or to prepare for deposition;

WHEREAS, the parties are optimistic that Mr. Smith will be able to be deposed by July 21, but the time-frame of his recovery is currently unclear;

WHEREAS, lead counsel for Bayer, Jerome Schreibstein, also had a family emergency which limited his ability to prepare for the remaining depositions;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. For the limited purpose of already properly and timely noticed depositions, the cutoff for taking such depositions in this case will now be July 21, 2006;
2. The last day to file dispositive motions in this case will now be August 4, 2006;
3. The Hearing on Dispositive Motions will occur on September 8, 2006.
4. The Last Day for Expert Disclosures will now be September 22, 2006;
5. The Close of Expert Discovery will now be October 20, 2006.

**IT IS SO STIPULATED.**

DATED: June ___, 2006                    MOORE & MOORE

                                                 By:    s/
                                                 HOWARD MOORE, JR.
                                                 Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | DATED: June ___, 2006 | By: ___s/_____ |
| 2 | | CHARLES STEPHEN RALSTON |
| | | Attorney for Plaintiff |
| 3 | | LAVON JONES, JR. |
| 4 | DATED: June ___, 2006 | THE LOUDERBACK LAW FIRM |

By: ___s/_____
JEROME SCHREIBSTEIN
JAMES T. CONLEY
STEPHEN K. ROBINSON
Attorneys for Defendant
BAYER HEALTHCARE

IT IS SO ORDERED.

DATED: ___June 27_____, 2006

*[signature: Jeffrey S. White]*
_____
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

#38831

---

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY,
DISPOSITIVE MOTION SCHEDULE, AND EXPERT DISCOVERY SCHEDULE; CASE NO. C-03-05531 JSW - 3**