| | |
|---|---|
| 1 | JEROME SCHREIBSTEIN (SBN 154051) |
| 2 | JAMES T. CONLEY (SBN 224174) |
| | STEPHEN K. ROBINSON (SBN 217898) |
| 3 | PAYNE & FEARS, LLP |
| | One Embarcadero Center, Suite 2300 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 398-7860 |
| 5 | Facsimile: (415) 398-7863 |
| 6 | |
| | Attorneys for Defendant |
| 7 | BAYER HEALTHCARE LLC |

| | | |
|---|---|---|
| 8 | HOWARD MOORE, JR. (SBN 55228) | CHARLES STEPHEN RALSTON (SBN 34111) |
| | MOORE AND MOORE | 2421 Valley Street |
| 9 | 445 Bellevue Avenue, Second Floor | Berkeley, CA 94702 |
| | Oakland, California 94610-4924 | Telephone: (510) 540-9683 |
| 10 | Telephone: (510) 451-0104 | Facsimile: (510) 540 – 9685 |
| 11 | Facsimile: (510) 451-5056 | Attorneys for Plaintiff |
| | Attorneys for Plaintiff | LAVON JONES, JR. |
| 12 | LAVON JONES, JR. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR., | CASE NO. C-03-05531 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY, DISPOSITIVE MOTION SCHEDULE, AND EXPERT DISCOVERY SCHEDULE** |
| v. | |
| BAYER HEALTHCARE, Biological Products Division, a for profit business entity, | TRIAL DATE: None |
| Defendant. | **Hon. Jeffrey S. White** |

WHEREAS, depositions in this matter are currently set to close on July 21, 2006;

WHEREAS, expert disclosures are currently due on September 22, 2006;

WHEREAS, expert discovery is currently set to close on October 20, 2006;

WHEREAS, last day to file dispositive motions in this case is currently August 4, 2006

WHEREAS, the Hearing on Dispositive Motions is set to occur on September 10, 2006

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY, DISPOSITIVE MOTION SCHEDULE, AND EXPERT DISCOVERY SCHEDULE; CASE NO. C-03-05531 JSW - 1**

WHEREAS, in the related matters of Dove v. Bayer, and Woods v. Bayer, the parties have diligently worked through the closure of discovery and have litigated through dispositive motions;

WHEREAS, the depositions of James Jewell and Ron Roberts in this matter have already taken place;

WHEREAS, the deposition of Ms. O'Driscoll is set to go forward on July 26, 2006;

WHEREAS, the deposition of Mr. Gallagher is set to go forward on July 27, 2006;

WHEREAS, Mr. Smith continues to be out of work due to a medical condition and continues to be completely unable to go forward with a deposition or to prepare for deposition;

WHEREAS, the parties were previously optimistic that Mr. Smith would be able to be deposed by July 21, but that was not possible due to Mr. Smith's medical condition;

WHEREAS, it is currently unknown exactly when Mr. Smith will be able to go forward with his deposition due to his medical condition;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. For the limited purpose of Mr. Smith's already properly and timely noticed deposition, the cutoff for taking such deposition in this case will now be September 15, 2006;

2. The last day to file dispositive motions in this case will now be ~~September 29~~ November 3, 2006;

3. The Hearing on Dispositive Motions will occur on ~~November 3~~ December 8, 2006.

4. The Last Day for Expert Disclosures will now be ~~November 17~~ December 22, 2006;

5. The Close of Expert Discovery will now be ~~December 15, 2006~~ January 19, 2007.

**IT IS SO STIPULATED**.

DATED: July 25, 2006              MOORE & MOORE

                                  By: ___s/_____
                                  HOWARD MOORE, JR.
                                  Attorneys for Plaintiff

DATED: July 25, 2006              By: ___s/_____
                                  CHARLES STEPHEN RALSTON
                                  Attorney for Plaintiff

---

| | | |
|---|---|---|
| 1 | | LAVON JONES, JR. |
| 2 | DATED: July 25, 2006 | THE LOUDERBACK LAW FIRM |

By:  s/
      JEROME SCHREIBSTEIN
      JAMES T. CONLEY
      STEPHEN K. ROBINSON
      Attorneys for Defendant
      BAYER HEALTHCARE

IT IS SO ORDERED.

DATED: __July 26__, 2006

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

323720v1

---

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY, DISPOSITIVE MOTION SCHEDULE, AND EXPERT DISCOVERY SCHEDULE; CASE NO. C-03-05531 JSW - 3**