| | |
|---|---|
| HOWARD MOORE, JR., SBN 55228<br>Moore and Moore<br>445 Bellevue Avenue, Second Floor<br>Oakland, California 94610-4924<br>Telephone: (510) 451-0104<br>Facsimile: (510) 451-5056<br>Email: MoorLaw@aol.com | CHARLES STEPHEN RALSTON, SBN 34111<br>Law Offices of Charles Stephen Ralston<br>2421 Valley Street<br>Berkeley, California 94702<br>Telephone: (510) 540-9683<br>Facsimile: (510) 540-9685<br>Email: csralston@comcast.net |

Attorneys for Plaintiff LAVON JONES, JR.

JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
STEPHEN K. ROBINSON (SBN 217898)
PAYNE & FEARS LLP
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR.,<br><br>          Plaintiff,<br><br>vs.<br><br>BAYER HEALTHCARE,<br>Biological Products Division.<br><br>          Defendant. | Case No. C03-05531-JSW<br><br>**STIPULATION AND *[PROPOSED]*<br>ORDER REGARDING DISPUTE RE<br>INDEPENDENT MEDICAL<br>EXAMINATION SCHEDULE**<br><br>**Judge:**     Honorable Jeffrey S. White<br><br>**Trial Date:**     None Assigned |

WHEREAS, on August 2, 2006, the Court ordered the Plaintiff to submit supplemental submissions, including declarations by Plaintiff and Plaintiff's mental health expert by no later than August 11, 2006;

WHEREAS, Plaintiff's mental health expert, Dr. Robert Kaufman has informed Plaintiff's counsel that he has been called for jury duty that may begin on August 7, 2006, and that, in addition, he has a number of other cases that he must deal with at this time;

1     WHEREAS, for these reasons, Dr. Kaufman will be unable to review the full record of
2 discovery in this matter, including the deposition taken of the Plaintiff, as ordered by the Court
3 and prepare his declaration by August 11, 2006;

4     WHEREAS, Dr. Kaufman has informed counsel that he believes he will be able to
5 complete his review and declaration by August 18, 2006;

6     WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively
7 adverse, they agree through their respective counsel and stipulate as follows:

8     Plaintiff will have until August 18, 2006, to comply with the Order of Court of August 2,
9 2006.

10

11 **IT IS SO STIPULATED.**

12

13 DATED: August 7, 2006      MOORE & MOORE

14      By: s/Howard Moore, Jr.
15      HOWARD MOORE, JR.
     Attorney for Plaintiff
     LAVON JONES, JR.

16
    DATED: August 7, 2006      By: s/Charles Stephen Ralston
17      CHARLES STEPHEN RALSTON
     Attorney for Plaintiff
18      LAVON JONES, JR.

19 DATED: August 7, 2006      PAYNE AND FEARS LLP

20

21      By: s/Stephen K. Robinson
     JEROME SCHREIBSTEIN
22      JAMES T. CONLEY
     STEPHEN K. ROBINSON
23      Attorneys for Defendant
     BAYER HEALTHCARE LLC

24

25

26

27

28      Stipulation and [Proposed] Order Regarding Dispute re Independent Medical Examination Schedule
     Jones v. Bayer Healthcare      C03-05531-JSW      2

**IT IS SO ORDERED.**

Dated: __August 8____, 2006

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA