IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAVON JONES JR., et al.,

    Plaintiffs,

v.

BAYER CORPORATION, INC.,

    Defendant.

No. C 03-05531 JSW

**SECOND ORDER RESOLVING DISCOVERY DISPUTE RE INDEPENDENT MEDICAL EXAMINATION**

After receipt of the parties' joint letter brief dated July 27, 2006, outlining their second discovery dispute regarding Plaintiff's Independent Medical Examination ("IME"), the Court issued an order requiring further submissions from Plaintiff in order to resolve the issue. Defendant alleges that Plaintiff had not been fully cooperative in his submission to the IME because he deliberately attempted to invalidate the test results by falsifying his answers. However, after receipt of Plaintiff's declaration attesting to his truthful cooperation with the examination – sworn under penalty of perjury – the Court cannot conclude as a matter of law that Plaintiff has willfully disobeyed this Court's discovery orders.  Therefore, the Court DENIES Defendant's request to issue sanctions by striking Plaintiff's emotional distress claims, dismissing the matter altogether, or requiring Plaintiff to pay for Defendant's costs incurred as a result of administering the examination.  The Court will leave the matter of Plaintiff's credibility to the jury, should this matter progress to a full trial on the merits.

**IT IS SO ORDERED.**

Dated: August 25, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE