JEROME SCHREIBSTEIN (SBN 154051)
STEPHEN K. ROBINSON (SBN 217898)
PAYNE & FEARS LLP
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC,<br><br>Defendant. | CASE NO. C-03-05531 JSW<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF DEFENDANT BAYER HEALTHCARE LLC TO EXCEED PAGE LIMIT FOR ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [Civil Local Rules 7-11(a)]<br><br>**DATE:** December 15, 2006<br>**TIME:** 9:00 a.m.<br>**COURTROOM:** 2, 17th Floor<br>**Honorable Jeffrey S. White** |

On November, 3, 2006, this Court received the Notice of Administrative Motion and Motion of Bayer HealthCare LLC ("Bayer") to Exceed Page Limit For Its Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Administrative Motion"). The Administrative Motion was properly brought pursuant to Civil Local Rules 7-11(a).

Having read all of the papers submitted therewith and otherwise with respect to said Administrative Motion, and good cause appearing therefore, IT IS HEREBY ORDERED

ORDER GRANTING ADMINISTRATIVE MOTION OF DEFENDANT BAYER HEALTHCARE LLC TO EXCEED PAGE LIMIT FOR ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; Case No. C-03-5531 JSW

1  ADJUDGED AND DECREED:

2      1.      The Administrative Motion To Exceed Page Limit is granted,

3      2.      Bayer is granted permission to file its Memorandum of Points and Authorities in

4  Support of Its Motion for Summary Judgment Or, In The Alternative, Partial Summary Judgment in

5  excess of the 25 page limit set by Local Rule 7-4(b), so long as such brief shall not exceed 29 pages.

6

7  DATED: _____November 6_____, 2006      _____

8                                             HON. JEFFREY S. WHITE
                                              UNITED STATES DISTRICT COURT
9                                             NORTHERN DISTRICT OF CALIFORNIA
                                              by Honorable Phyllis J. Hamilton
10

11

12  Doc#: 334488

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2

**ORDER GRANTING ADMINISTRATIVE MOTION OF DEFENDANT BAYER HEALTHCARE LLC TO EXCEED PAGE LIMIT FOR ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; Case No. C-03-5531 JSW**