IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAVON JONES JR., et al.,

    Plaintiffs,

v.

BAYER CORPORATION, INC.,

    Defendant.

No. C 03-05531 JSW

**ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE**

On November 3, 2006, Defendant filed a motion for summary judgment and noticed it for hearing on December 15, 2006. The hearing is HEREBY CONTINUED to January 26, 2007 at 9:00 a.m. The further case management conference is HEREBY CONTINUED to January 26, 2007 to follow the hearing on Defendant's motion. The parties' joint case management conference statement shall be filed no later than January 19, 2007.

Plaintiff's opposition to the motion for summary judgment shall be due on December 1, 2006, and Defendant's reply shall be due on December 15, 2006.

**IT IS SO ORDERED.**

Dated: November 7, 2006

/s/
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
by Honorable Phyllis J. Hamilton