JEROME SCHREIBSTEIN (SBN 154051)
STEPHEN K. ROBINSON (SBN 217898)
PAYNE & FEARS LLP
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE AND MOORE
445 Bellevue Avenue, Second Floor
Oakland, California 94610-4924
Telephone: (510) 451-0104
Facsimile: (510) 451-5056
Attorneys for Plaintiff
LAVON JONES, JR.

CHARLES STEPHEN RALSTON (SBN 34111)
2421 Valley Street
Berkeley, CA 94702
Telephone: (510) 540-9683
Facsimile: (510) 540 – 9685
Attorneys for Plaintiff
LAVON JONES, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>Defendant. | CASE NO. C-03-05531 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE**<br><br>TRIAL DATE: None<br><br>Hon. Jeffrey S. White |

WHEREAS, expert disclosures are currently due on December 22, 2006;

WHEREAS, expert discovery is currently set to close on January 19, 2007;

WHEREAS, this Court's order signed on November 7, 2006 reset the Hearing on Dispositive Motions ("Hearing") to occur on January 26, 2007;

WHEREAS, under the previous scheduling order signed by this Court on July 26, 2006, expert disclosures were due 14 days following the Hearing;

WHEREAS, under the previous scheduling order signed by this Court on July 26, 2006,

---
STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE;
CASE NO. C-03-05531 JSW - 1

expert discovery closed 42 days following the Hearing;

WHEREAS, in order to keep expert discovery in line with the Hearing, the parties wish to reset the expert discovery dates to fall after the Hearing date in the same manner as was previously ordered;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. The Last Day for Expert Disclosures will now be February 9, 2007;

2. The Close of Expert Discovery will now be March 9, 2007.

**IT IS SO STIPULATED.**

DATED: November 9, 2006        MOORE & MOORE

By: ___s/_____
HOWARD MOORE, JR.
Attorney for Plaintiff
LAVON JONES, JR.

DATED: November 9, 2006        By: ___s/_____
CHARLES STEPHEN RALSTON
Attorney for Plaintiff
LAVON JONES, JR.

DATED: November 9, 2006        PAYNE & FEARS LLP

By: ___s/_____
JEROME SCHREIBSTEIN
STEPHEN K. ROBINSON
Attorneys for Defendant
BAYER HEALTHCARE

**IT IS SO ORDERED.**

DATED: __November 13___, 2006        /s/

_____
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California
by Honorable Phyllis J. Hamilton

STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE;
CASE NO. C-03-05531 JSW - 2