| | |
|---|---|
| HOWARD MOORE, JR.(SBN 55228)<br>Moore and Moore<br>445 Bellevue Avenue, Second Floor<br>Oakland, California 94610-4924<br>Telephone: (510) 451-0104<br>Facsimile: (510) 451-5056<br>Email: MoorLaw@aol.com | CHARLES STEPHEN RALSTON (SBN 34111)<br>Law Offices of Charles Stephen Ralston<br>2421 Valley Street<br>Berkeley, California 94702<br>Telephone: (510) 540-9683<br>Facsimile: (510) 540-9685<br>Email: csralston@comcast.net |

Attorneys for Plaintiff LAVON JONES, JR.

JEROME SCHREIBSTEIN (SBN 154051)
STEPHEN K. ROBINSON (SBN 217898)
PAYNE & FEARS LLP
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR.<br><br>          Plaintiff,<br><br>vs.<br><br>BAYER HEALTHCARE, LLC<br><br>          Defendant. | Case No. C-03-05531-JSW<br><br>**STIPULATION AND *[PROPOSED]*<br>ORDER REGARDING SUMMARY<br>JUDGMENT MOTION SCHEDULE**<br><br>**DATE:        January 26, 2007<br>TIME:        9:00 a.m.<br>COURTROOM:  2, 17TH Floor<br><br>Honorable Jeffrey S. White** |

WHEREAS, plaintiff's opposition to defendant's motion for summary judgment is currently due on December 1, 2006:

WHEREAS, defendant's reply thereto is currently due on December 15, 2006;

WHEREAS, the hearing for the motion for summary judgment is currently set for January 26, 2007;

WHEREAS, counsel for plaintiff, Charles Stephen Ralston was required to complete and

1  file the Reply Brief in the Ninth Circuit in the case of Stevens v. County of San Mateo, No. 06-
2  15634, by November 27, 2006, and must complete and file the Opening Brief in the Ninth Circuit
3  in the case of Woods v. Bayer Healthcare, No. 06-16529, by December 4, 2006, and counsel for
4  plaintiff Howard Moore, Jr., was required to complete and file the Reply Brief in the Ninth
5  Circuit in the case of Christian v. Lucille Packard Children"s Hospital by November 27, 2006,
6  and is scheduled to begin trial in another case in the Northern District of California during the
7  week of November 27, 2006, they will not be able to complete the review of the extensive record
8  in this case and to complete the opposition to the Motion for Summary Judgment by the current
9  due date.

10      WHEREAS, the stipulated dates set out below will not require any change in the hearing
11  date of January 26, 2007, and are fully consistent with the time requirements of Local Rule 7-3(a)
12  and (c), as well as Local Rule 7-7(d), in that the opposition will be due 42 days before the date of
13  the hearing and the reply thereto 14 days before the date of the hearing;

14      WHEREAS, although plaintiff, on the one hand, and defendant, on the other hand, are
15  collectively adverse, they agree through their respective counsel and stipulate as follows:

16      1.    Plaintiff's opposition will now be due December 15, 2006; and
17      2.    Defendant's reply thereto will now be due January 12, 2007.

18  The hearing on the motion for summary judgment and the case management
19  conference are HEREBY RESET to February 23, 2007 at 9:00 a.m.

20  **IT IS SO STIPULATED.**

21  DATED: November 28, 2006     MOORE & MOORE

22      By:    s/Howard Moore, Jr.
    HOWARD MOORE, JR.
23      Attorney for Plaintiff
    LAVON JONES, JR.
24  
DATED: November 28, 2006     By:    s/Charles Stephen Ralston
25      CHARLES STEPHEN RALSTON
    Attorney for Plaintiff
26      LAVON JONES, JR.

27  
28      Stipulation and *[Proposed]* Order Regarding Summary Judgment Motion Schedule
    Jones v. Bayer Healthcare    C-03-05531 JSW     2

| | | |
|---|---|---|
| 1 | DATED: November 28, 2006 | PAYNE & FEARS LLP |
| 2 | | |
| 3 | | By:   s/Jerome Schreibstein<br>JEROME SCHREIBSTEIN<br>STEPHEN K. ROBINSON |
| 4 | | Attorneys for Defendant<br>BAYER HEALTHCARE LLC |

**IT IS SO ORDERED.**

Dated: __November 28__, 2006        _/s/ Jeffrey S. White_
                                     Honorable Jeffrey S. White
                                     UNITED STATES DISTRICT JUDGE
                                     NORTHERN DISTRICT OF CALIFORNIA