| | |
|---|---|
| 1 | JEROME SCHREIBSTEIN (SBN 154051) |
| | STEPHEN K. ROBINSON (SBN 217898) |
| 2 | PAYNE & FEARS LLP |
| | One Embarcadero Center, Suite 2300 |
| 3 | San Francisco, California 94111 |
| 4 | Telephone: (415) 398-7860 |
| | Facsimile: (415) 398-7863 |
| 5 | |
| | Attorneys for Defendant |
| 6 | BAYER HEALTHCARE LLC |

| | | |
|---|---|---|
| 7 | | |
| 8 | HOWARD MOORE, JR. (SBN 55228) | CHARLES STEPHEN RALSTON (SBN 34111) |
| | MOORE AND MOORE | 2421 Valley Street |
| 9 | 445 Bellevue Avenue, Second Floor | Berkeley, CA 94702 |
| | Oakland, California 94610-4924 | Telephone: (510) 540-9683 |
| 10 | Telephone: (510) 451-0104 | Facsimile: (510) 540 – 9685 |
| | Facsimile: (510) 451-5056 | Attorneys for Plaintiff |
| 11 | Attorneys for Plaintiff | LAVON JONES, JR. |
| 12 | LAVON JONES, JR. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR., | CASE NO. C-03-05531 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE** |
| v. | |
| BAYER HEALTHCARE, Biological Products Division, a for profit business entity, | **TRIAL DATE:** None |
| Defendant. | **Hon. Jeffrey S. White** |

WHEREAS, expert disclosures are currently due on February 9, 2007;

WHEREAS, expert discovery is currently set to close on March 9, 2007;

WHEREAS, this Court's order signed on November 28, 2006 reset the Hearing on Dispositive Motions ("Hearing") to occur on February 23, 2007;

WHEREAS, under the previous scheduling order signed by this Court on July 26, 2006, expert disclosures were due 14 days following the Hearing;

WHEREAS, under the previous scheduling order signed by this Court on July 26, 2006,

---
STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE;
CASE NO. C-03-05531 JSW - 1

expert discovery closed 42 days following the Hearing;

WHEREAS, in order to keep expert discovery in line with the Hearing, the parties wish to reset the expert discovery dates to fall after the Hearing date in the same manner as was previously ordered;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. The Last Day for Expert Disclosures will now be March 9, 2007;

2. The Close of Expert Discovery will now be April 6, 2007.

**IT IS SO STIPULATED**.

DATED: November 29, 2006    MOORE & MOORE

By: ___s/_____
HOWARD MOORE, JR.
Attorney for Plaintiff
LAVON JONES, JR.

DATED: November 29, 2006    By: ___s/_____
CHARLES STEPHEN RALSTON
Attorney for Plaintiff
LAVON JONES, JR.

DATED: November 29, 2006    PAYNE & FEARS LLP

By: ___s/_____
JEROME SCHREIBSTEIN
STEPHEN K. ROBINSON
Attorneys for Defendant
BAYER HEALTHCARE

**IT IS SO ORDERED.**

DATED: November 29, 2006

HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

---

STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE;
CASE NO. C-03-05531 JSW - 2