| | |
|---|---|
| HOWARD MOORE, JR. (SBN 55228)<br>Moore and Moore<br>445 Bellevue Avenue, Second Floor<br>Oakland, California 94610-4924<br>Telephone: (510) 451-0104<br>Facsimile: (510) 451-5056<br>Email: MoorLaw@aol.com | CHARLES STEPHEN RALSTON (SBN 34111)<br>Law Offices of Charles Stephen Ralston<br>2421 Valley Street<br>Berkeley, California 94702<br>Telephone: (510) 540-9683<br>Facsimile: (510) 540-9685<br>Email: csralston@comcast.net |

Attorneys for Plaintiff LAVON JONES, JR.

JEROME SCHREIBSTEIN (SBN 154051)
STEPHEN K. ROBINSON (SBN 217898)
PAYNE & FEARS LLP
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR.<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BAYER HEALTHCARE, LLC<br><br>　　　　　Defendant. | Case No. C-03-05531-JSW<br><br>**STIPULATION AND** *[PROPOSED]*<br>**ORDER REGARDING SUMMARY**<br>**JUDGMENT MOTION SCHEDULE**<br><br>**DATE:　　　　February 23, 2007**<br>**TIME:　　　　9:00 a.m.**<br>**COURTROOM:　2, 17TH Floor**<br><br>**Honorable Jeffrey S. White** |

　　　　WHEREAS, plaintiff's opposition to defendant's motion for summary judgment is currently due on December 15, 2006:

　　　　WHEREAS, defendant's reply thereto is currently due on January 12, 2006;

　　　　WHEREAS, the hearing for the motion for summary judgment is currently set for February 23, 2007;

　　　　WHEREAS, counsel for plaintiff, Charles Stephen Ralston has been primarily

1 responsible for preparing plaintiff's opposition to the motion for summary judgment because of
2 co-counsel Howard Moore, Jr's, trial schedule in another case in the Northern District of
3 California;
4     WHEREAS, Mr. Ralston has been working diligently on the preparation of the opposition
5 but during the evening of December 14 and continuing into the morning of December 15 he has
6 become ill with a stomach virus that substantially interferes with his being able to work and will
7 require an additional brief time in which to become well and finish work on the opposition;
8     WHEREAS, the stipulated dates set out below will not require any change in the hearing
9 date of February 23, 2007, and are fully consistent with the time requirements of Local Rule 7-
10 3(a) and (c), as well as Local Rule 7-7(d), in that the opposition will be due 65 days before the
11 date of the hearing and the reply thereto 40 days before the date of the hearing;
12     WHEREAS, although plaintiff, on the one hand, and defendant, on the other hand, are
13 collectively adverse, they agree through their respective counsel and stipulate as follows:
14     1.    Plaintiff's opposition will now be due December 20, 2006; and
15     2.    Defendant's reply thereto will be due January 17, 2007.

18 **IT IS SO STIPULATED.**
19 DATED: December 15, 2006      MOORE & MOORE
20      By:    s/Howard Moore, Jr.
     HOWARD MOORE, JR.
21      Attorney for Plaintiff
     LAVON JONES, JR.
22
DATED: December 15, 2006      By:    s/Charles Stephen Ralston
23      CHARLES STEPHEN RALSTON
     Attorney for Plaintiff
24      LAVON JONES, JR.

25 DATED: December 15, 2006      PAYNE & FEARS LLP
26
     By:    s/Jerome Schreibstein
27

JEROME SCHREIBSTEIN<br>
STEPHEN K. ROBINSON<br>
Attorneys for Defendant<br>
BAYER HEALTHCARE LLC

**IT IS SO ORDERED.**

Dated: December 18, 2006

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA