| | |
|---|---|
| 1 | JEROME SCHREIBSTEIN (SBN 154051) |
| 2 | STEPHEN K. ROBINSON (SBN 217898)<br>PAYNE & FEARS LLP |
| 3 | One Embarcadero Center, Suite 2300<br>San Francisco, California 94111 |
| 4 | Telephone: (415) 398-7860<br>Facsimile: (415) 398-7863 |
| 5 | |
| 6 | Attorneys for Defendant<br>BAYER HEALTHCARE LLC |
| 7 | |
| 8 | CHARLES STEPHEN RALSTON (SBN 34111)<br>2421 Valley Street |
| 9 | Berkeley, CA 94702<br>Telephone: (510) 540-9683 |
| 10 | Facsimile: (510) 540-9685 |
| 11 | Attorneys for Plaintiff |
| 12 | LAVON JONES, JR. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>Defendant. | CASE NO. C-03-05531 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF BAYER HEALTHCARE LLC'S REPLY BRIEF ON SUMMARY JUDGMENT**<br><br>**TRIAL DATE:** None<br><br>**Hon. Jeffrey S. White** |

WHEREAS, the hearing on the Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (at times, the "Summary Judgment Motion") on the part of defendant Bayer HealthCare LLC ("Bayer") is currently set for hearing on February 23, 2007;

WHEREAS, pursuant to prior Stipulation and Order of this Court, plaintiff's Opposition papers to the Summary Judgment Motion were filed and served on December 20, 2006 and Bayer's reply deadline was set for January 17, 2007;

| | |
|---|---|
| 1 | |
| 2 | WHEREAS, lead counsel for Bayer, the undersigned, has been working diligently on the preparation of Bayer's reply papers but has, on account of the intervening Christmas and New Year's holidays, and related time off taken by various Bayer witnesses, been unable to contact all necessary witnesses for potential preparation of reply declarations; |

WHEREAS, lead counsel for Bayer, the undersigned, has been working diligently on the preparation of Bayer's reply papers but has, on account of the intervening Christmas and New Year's holidays, and related time off taken by various Bayer witnesses, been unable to contact all necessary witnesses for potential preparation of reply declarations;

WHEREAS, lead counsel for Bayer also has due on the same day as the current reply brief in this matter Bayer's Answering Brief in the matter of *Nathaniel Woods, Jr. vs. Bayer HealthCare LLC*, Case No. 06-16529 (9th Circuit); USDC Case No. CV-05-02871-JSW, on appeal from this Court's grant of summary judgment and is diligently working on said brief;

Whereas, on account of the above issues, counsel for Bayer and counsel for plaintiff have agreed that Bayer should be afforded additional time of one week until January 24, 2007 to submit Bayer's reply brief;

Whereas, plaintiff is also represented in this matter by the office of Moore & Moore, it is agreed in this instance that Mr. Charles Stephen Ralston may bind plaintiff as to this ministerial matter and represents to the Court that he has Mr. Moore's authority and plaintiff's authority to do so;

Whereas, the stipulated date set out below will not require any change in the hearing date of February 23, 2007, and is fully consistent with the time requirements of Local Rules 7-3 (c) and 7-7(d) in that the reply brief will be due 30 days before the hearing;

Whereas, although plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows: The Last Day for submission of Bayer's reply brief on the Summary Judgment Motion shall be January 24, 2007.

---

STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF BAYER HEALTHCARE LLC'S REPLY BRIEF ON SUMMARY JUDGMENT ; CASE NO. C-03-05531 JSW - 2

| | |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 | |
| 3 | DATED: January 5, 2007      By: ____s/_____ |
| | CHARLES STEPHEN RALSTON |
| | Attorney for Plaintiff |
| 4 | LAVON JONES, JR. |

DATED: January 5, 2007      PAYNE & FEARS LLP

By: ____s/_____
JEROME SCHREIBSTEIN
STEPHEN K. ROBINSON
Attorneys for Defendant
BAYER HEALTHCARE

**IT IS SO ORDERED.**

DATED: ____January 5_____, 2007

_____/s/ Jeffrey S. White_____
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

---

**STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF BAYER HEALTHCARE LLC'S REPLY BRIEF ON SUMMARY JUDGMENT ; CASE NO. C-03-05531 JSW - 3**