JEROME SCHREIBSTEIN (SBN 154051)
STEPHEN K. ROBINSON (SBN 217898)
PAYNE & FEARS LLP
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BAYER HEALTHCARE LLC,<br><br>　　　　　　Defendant. | CASE NO. C-03-05531 JSW<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF DEFENDANT BAYER HEALTHCARE LLC TO EXCEED PAGE LIMIT FOR ITS REPLY MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [Civil Local Rules 7-11(a)]<br><br>DATE:　　　　February 23, 2007<br>TIME:　　　　9:00 a.m.<br>COURTROOM: 2, 17th Floor<br>**Honorable Jeffrey S. White** |

　　　On November, 3, 2006, this Court received the Notice of Administrative Motion and Motion of Bayer HealthCare LLC ("Bayer") to Exceed Page Limit For Its Reply Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Administrative Motion"). The Administrative Motion was properly brought pursuant to Civil Local Rules 7-11(a).

---

1

**ORDER GRANTING ADMINISTRATIVE MOTION OF DEFENDANT BAYER HEALTHCARE LLC TO EXCEED PAGE LIMIT FOR ITS REPLY MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; Case No. C-03-5531 JSW**

Having read all of the papers submitted therewith and otherwise with respect to said Administrative Motion, and good cause appearing therefore, IT IS HEREBY ORDERED ADJUDGED AND DECREED:

1. The Administrative Motion To Exceed Page Limit is granted,

2. Bayer is granted permission to file its Reply Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment Or, In The Alternative, Partial Summary Judgment in excess of the 15 page limit set by Local Rule 7-3(c), so long as such brief shall not exceed 21 pages.

DATED: January 25, 2006

*Jeffrey S. White*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Doc#: 342428