| | |
|---|---|
| 1 | JEROME SCHREIBSTEIN (SBN 154051) |
| 2 | STEPHEN K. ROBINSON (SBN 217898) |
|   | PAYNE & FEARS LLP |
| 3 | One Embarcadero Center, Suite 2300 |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 398-7860 |
|   | Facsimile: (415) 398-7863 |

Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)      CHARLES STEPHEN RALSTON (SBN 34111)
MOORE AND MOORE                     2421 Valley Street
445 Bellevue Avenue, Second Floor   Berkeley, CA 94702
Oakland, California 94610-4924      Telephone: (510) 540-9683
Telephone: (510) 451-0104           Facsimile: (510) 540 – 9685
Facsimile: (510) 451-5056           Attorneys for Plaintiff
Attorneys for Plaintiff             LAVON JONES, JR.
LAVON JONES, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR., | CASE NO. C-03-05531 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REVISING AMOUNT OF BAYER HEALTHCARE LLC'S BILL OF COSTS** |
| v. | |
| BAYER HEALTHCARE, Biological Products Division, a for profit business entity, | **Hon. Jeffrey S. White** |
| Defendant. | |

WHEREAS, in the evidence submitted in support to Bayer's Bill of Costs, the reporters invoices did not correctly parse out costs of the transcript versus expedition of the transcript:

WHEREAS, the parties have reviewed additional invoices and have met and conferred on the matter:

---

**STIPULATION AND [PROPOSED] ORDER REVISING BAYER'S BILL OF COSTS; CASE NO. C-03-05531 JSW -** 1

WHEREAS, through the error of Defense counsel's messenger service, the Bill of Costs was filed on April 5, 2007, despite it having been placed in the Northern District dropbox before 6:00pm on April 4, 2007 (See Attachment 1);

WHEREAS, Plaintiff does not object to the Bill of Costs on the basis that it was filed one day late;

WHEREAS, the parties have agreed that the correct amount for Bayer's Bill of Costs itemization is $7,047.85;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. Defendant seeks, and Plaintiff does not object to the timeliness of, a Bill of Costs in the amount of $7,047.85.

2. Bayer's Bill of Costs should be changed to reflect an itemization of $7,047.85.

**IT IS SO STIPULATED**.

DATED:  April 19, 2007  MOORE & MOORE

By: s/Howard Moore
HOWARD MOORE, JR.
Attorneys for Plaintiff

DATED:  April 19, 2007  By: s/Charles Ralston
CHARLES STEPHEN RALSTON
Attorney for Plaintiff
LAVON JONES, JR.

DATED:  April 19, 2007  PAYNE & FEARS LLP

By: s/Stephen Robinson
JEROME SCHREIBSTEIN
STEPHEN K. ROBINSON
Attorneys for Defendant
BAYER HEALTHCARE

STIPULATION AND [PROPOSED] ORDER REVISING BAYER'S BILL OF COSTS; CASE NO. C-03-05531 JSW - 2

1 | IT IS SO ORDERED.

2

3 | DATED: April 20, 2007

4

5

6 | HON. JEFFREY S. WHITE
United States District Court Judge
7 | Northern District of California