ORIGINAL

RECEIVED
07 JUN -5 PM 2: 16

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


E-Filing

Charles Louderbach, Esq. (SBN 88788)
PAYNE & FEARS, LLP
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile:   (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAVON JONES, JR.,<br><br>            Plaintiff,<br><br>   v.<br><br>BAYER HEALTHCARE LLC,<br><br>            Defendant, | CASE NO. C-03-5531 JSW<br><br>**SUBSTITUTION OF ATTORNEY &<br>[PROPOSED] ORDER** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD FOR PLAINTIFF HEREIN:

Notice is hereby given that Defendant BAYER HEALTHCARE substitutes the Law Office of Jerome Schreibstein as their attorney of record in place of Payne and Fears, LLP. The address and telephone number of The Law Office of Jerome Schreibstein, to which all further notices, pleadings, orders, and correspondence should be sent, are:

Law Office of Jerome Schreibstein, Esq.
275 Battery Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

| | | |
|---|---|---|
| 1 | DATED: June 1, 2007 | PAYNE & FEARS, LLP |
| 2 | | By: _____ |
| 3 | | CHARLES LOUDERBACH |
| | | Attorneys for Defendant |
| 4 | | BAYER HEALTHCARE LLC |

I requested, accept, and consent to substitute The Law Office of Jerome Schreibstein as Defendant BayerHealthCare, LLC's counsel of record in this civil action.

DATED: June 1, 2007                LAW OFFICES OF JEROME SCHREIBSTEIN

By: _____
JEROME SCHREIBSTEIN
Attorney for Defendant
BAYER HEALTHCARE

I consent to and accept this substitution of attorney.

DATED: June 1, 2007                BAYER HEALTHCARE LLC

By: _____

**ORDER**

The above substitution of attorney read and considered, IT IS SO ORDERED.

DATED: June 12, 2007               _____
                                   United States District Court Judge

357637.1